# United States Court of Appeals
## For the First Circuit

No. 08-2048

JUAN CARLOS LASALLE-CONCEPCIÓN; LIZETTE DE LA CRUZ-LÓPEZ;
CONJUGAL PARTNERSHIP LASALLE-DE LA CRUZ; SAMUEL ANTONIO VÉLEZ-LUGO;
ELBA IRIS MÉNDEZ-JIMENEZ; CONJUGAL PARTNERSHIP VÉLEZ-MÉNDEZ,

Plaintiffs, Appellants,

v.

PEDRO TOLEDO-DÁVILA, COMMONWEALTH OF PUERTO RICO POLICE DEPARTMENT;
JOHN DOE; JANE ROE,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on June 18, 2009, should be amended as follows.

On page 2, 2nd line of 3rd paragraph, "(2000)" should be "(2006)".

On page 4, 2nd line of 1st paragraph, delete the "(2006)" after "§ 3117(b)(1)".

On page 4, 4th line of 3rd paragraph, replace "11 L.P.R.A. § 7" with "Id.".